# UNTIED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BRADFORD,<br><br>                    Plaintiff,<br>v.<br><br>DOLLAR LOAN CENTER, LLC, a Nevada limited liability company,<br><br>                    Defendant. | Case No.:       3:17-CV-00017-LRH-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ROBERT BRADFORD, and Defendant, DOLLAR LOAN CENTER, LLC, a Nevada limited liability company, by and through their undersigned counsel of record and representation having been made, that the above-captioned and numbered matter having been amicably and finally settled between them, the entire action may be dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each party is to bear their own fees and costs.

| | |
|---|---|
| DATED this 8th day of March, 2017 | DATED this 8th day of March, 2017 |
| THE LAW OFFICE OF VERNON NELSON | HOLLAND & HART, LLP |
| By:    /s/   Vernon Nelson<br>VERNON NELSON, ESQ.<br>Nevada Bar No.: 6434<br>9480 S. Eastern Avenue, Suite 244<br>Las Vegas, NV  89123<br>Tel:  702-476-2500<br>Fax:  702-476-2788<br>E-Mail:  vnelson@nelsonlawfirmlv.com<br>*Attorney for Robert Bradford* | By:  /s/ Patrick J. Reilly<br>PATRICK J. REILLY, ESQ.<br>SUSAN M. SCHWARTZ, ESQ.<br>9555 Hillwood Drive, Second Floor<br>Las Vegas, NV 89134<br>Tel: 702-669-4600<br>Fax: 702-669-4650<br>E-Mail: preilly@hollandhart.com<br>              smschwartz@hollandhart.com<br>*Attorneys for Dollar Loan Center, LLC* |

## ORDER FOR DISMISSAL

Pursuant to the foregoing Stipulation, and good cause showing therefore:

IT IS HEREBY ORDERED that the above-captioned and numbered matter be, and the same is hereby dismissed with prejudice, with each party bearing its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED this 10th day of March, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE